**Abatement Order filed November 1, 2022**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-22-00741-CV**
_____

**ADAMS AND REESE LLP, ADAM MASSEY, AND CASSANDRA WALSH, Appellants**

**V.**

**EMERALD ELECTRICAL CONSULTANTS LLC, Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-25539**

---

## ABATEMENT ORDER

Notice was filed on October 25, 2022 that appellee is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on September 15, 2022, appellee, petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Northern District of Georgia under case number 22-20913-JRS. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the

appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.


PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.